**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CURTIS MAURICE HOWARD,** ) | |
| Petitioner, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:22-153-KD-MU** |
| **DEBORAH TOMEY,** *et al.,* ) | |
| Respondent. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 19, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case is **TRANSFERRED** to the U.S. District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1631

**DONE** and **ORDERED** this the **23rd** day of **May 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**