# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS MAURICE HOWARD,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION 1:22-153-KD-MU** |
| **DEBORAH TOMEY,** *et al.,* | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED**

that this action is **TRANSFERRED** to the U.S. District Court for the Middle District of Alabama pursuant

to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1631.

**DONE** and **ORDERED** this the **23rd** day of **May 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**